UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE K. W., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:21-cv-00329-LEW |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER ON MOTION FOR REMAND</u>**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council.

IT IS HEREBY ORDERED that this case be remand to Social Security Administration for further administrative proceedings.  Upon the remand of this case by the Court, the Appeals Council will remand the case to an administrative law judge who will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue and new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Case 2:21-cv-00329-LEW   Document 17   Filed 04/25/22   Page 2 of 2   PageID #: 1955

2

Dated this 25th day of April, 2022.

                                          /s/ Lance E. Walker
                                      UNITED STATES DISTRICT JUDGE